IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Jeremy Green

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1600 JA Cocharn Bypass McDonalds Chester S,C Corp, NARS Saylor Management Group LLC Allsco World Surplus Lines Insurance Company Brad Ford LGAP Adjuster

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
              *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEREMY GREGGN |
| Street Address | 125 GREGGNG DRIVE |
| City and County | RICHBURG |
| State and Zip Code | S. C 29729 |
| Telephone Number | 530 616 1814 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MC DONALDS CORP |
| Job or Title (if known) | COORPGRATION |
| Street Address | 1600 JA cochran BYPASS |
| City and County | CHESTER S.C 2970 |
| State and Zip Code | S. C  29706 |
| Telephone Number | 803 377 8900 |

Defendant No. 2

| | |
|---|---|
| Name | SAYLOR MANAGEMENT GROUP LLC |
| Job or Title (if known) | LLC |
| Street Address | 1600 JA COCHRAN BIPASS |
| City and County | CHESTER |
| State and Zip Code | S.C 29706 |
| Telephone Number | (800) 315-6090 X5343 |

Defendant No. 3

| | |
|---|---|
| Name | NORTH AMERICAN RISK SERVICES |

2

    Job or Title   INC
    (if known)
    Street Address  1600 JA Cochran BYPASS
    City and County  CHESTER
    State and Zip Code S.C 29706
    Telephone Number

 Defendant No. 4

    Name    BRADFORD LEAP
    Job or Title   ALLIED WORLD SURPLUS LINES INSURANCE-COMPANY
    (if known)
    Street Address  1600 JA COCHRAN BYPASS
    City and County  CHESTER S.
    State and Zip Code S.C 29706
    Telephone Number 800 315 6090 X5343

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

ENDOSCOPY TO SIGN FOR TUBE BE PUT IN THROAT DEATH IS POSSIBLE $1,000,010.90 FOR LIFE RAW FOOD NO REFUND TOLD DONT CONTACT NO ONE AFTER DENIED O COMPENSATION AND DIDNT GIVE REFUND

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ENCOUNTER RAW FOOD MCDONALDS VOMIT AT HOME HOSPITAL TEST LAB FROM ADJUSTER SAID NO-RELATED DONT GO BACK TO STORE CONTACT ANYONE BUT NO ONE GAVE REFUND AND HAVE TO GET ENDOSCOPY DONE

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

REFUND FOR FOOD 10.90 AND DENIED COMPENSATION FOR ENDOSCOPY WHEN I CAN POSSIBLE DEATH OF ENCOUNTER RAW MEAT TO TAKE NAUSA MEDICAN WHEN I FEEL THE RAW MEAT FIRST ENCOUNTER

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/27, 2025.

Signature of Plaintiff     Jeremy Grew
Printed Name of Plaintiff  JERAMY GREGW

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

6

A SALON MANAGEMENT GROUP: ENDOSCOPY NOT RELATED TO BURGER CROWNING ON 11/2/25 DENIED TO CONTACT STORE GO TO STORE & STAFF FOR MCDONALDS AND DENIED REFUND

B. NON TRIAL BY JURY THE JUDGE NEEDS TO SHOW HOW THE SITUATION IS DIRECT FOR THERE TEAM TO SEE SITUATION OF DIRECT RELATION TO CAUSE OF GAINING

C
1 NARS SALON MANAGEMENT GROUP $500,000.00

2 ALLIED SURPLUS INSURANCE COMPANY $500,000.00 FOR PAIN AND SUFFERING

3 MCDONALDS $10.90

A MCDONALDS CORP. 1600 JA COCHRAN BYPASS CHESTER S.C 29706 800 315 6090 X5343 803 377 8900 APP PURCHASE MANGO PINEAPPLE SMOOTHIE QUATER POUNDER WITH CHEESE DUNK SMOOTHIE TOOK 2 BITES OF BURGER NAUSA, VOMITING AT HOME AND HOSPITAL BLOOD PAYMENT INGURED ADJUSTER SAID DONT CONTACT STORE GO TO STORE AND VOMITING, NAUSA, WAS NOT CAUSE FROM BURGER DIDNT GIVE ME FOOD REFUND 10.90

B NON JURY TRIAL BY JURY THE JUDGE MUST SEE EACH SIDE TO SHOW WHO IS RIGHT AND WHO IS WRONG FOR THE COMPENSATION OF MY LIFE TO DENIE MY REFUND DONT CONTACT STORE MANGER AND A DENAL LETTOR WILL BE EMAILAND SAIT TO A &

C NARS, MC,DONALDS CORP, SALOR MANAGEMENT GROUP ALLIED SURPLUS INSURANCE COMPANY BRADFORD LEAP ADJUSTER

1 MC,DONALDS CORP, SALOR MANAGEMENT GROUP, ALLIED SURPLUS INSURANCE COMPANY BRADFORD LEAP $1,000,010.90

2 SALOR MANAGEMENT GROUP $500,000.00

3 ALLIED SURPLUS INSURANCE COMPANY BRADFORD LEAP $500,000.00

NAAS LAO TEST RESTSULT SAID THE INFO PROVIDED DOSE NOT RELGATE TO MY LIFE
 ... REFUND 10.90 NO CONTACT STORE MANAGER OR HR 1000,000.00

B. NON JURY TRIAL THE JUDGE HAS TO SEE EACH SIDE FOR DIRECT RESULTS TO SHOW THE RULEING

C
1 (NARS) $500,000.00
2 MC.DONALDS CORP SALOR MANAGEMENT GROUP $10.00 got
3 ALLIED SURPLUS INSURANCE COMPANY BRADFORD LONG $500,000.00

A ALLIGON SURPLUS INSURANCE COMPANY) BRADFORD LEAP DENIED NON-RELATED TO BURGER TO CAUSE VOMITING REGARDLESS NO REFUND. DENIED CONTACT FROM WHOLE SECTOR BY BRADFORD LEAP

B NO TRIAL D + JURY - JUDGE NEEDS TO SEE A DIRECT ACTION TO PARTLY TO DISCUSS THE SITUATION TO SAY IT IS A DIRECT ACTION FOR JUDGE TO SEE FAVOR NO TRIAL BY JURY

C

1 MCDONALDS@SALOR MANG. GROUP.

2 ALLIED SURPLUS INSURANCE COMPANY (VARS) BRADFORD LEAP

3 WHOLE SECTOR $1,000,000.00  $10,90    90¢

D
1 CHESTER S.C
2 CHESTER S.C
3 CHESTER S.C

E
1 MOLD CASE # 1E0 1E048758200
2 ENDOSCOPY, VOMIT, NAUSA, SYMPTOMS, LIPE
3 $500 OPPOSE TO $1,000 OPPOSE